UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ZEMIRA SAKANOVIC  **Plaintiff(s)**

vs.

Linda Mishalanie/Utica National ETAL. **Defendant(s)**

)
)
)
)
)
)
)
)
)

FILED

APR 1 8 2022

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Utica

**Civil Case No.:** 6:22-CV-0359 (MAD/ATB)

**CIVIL COMPLAINT PURSUANT TO TITLE VII OF THE CIVIL RIGHTS ACT, AS AMENDED**

Plaintiff(s) demand(s) a trial by: _____ JURY  X COURT  (Select **only** one).

## JURISDICTION

1.  Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2.  Plaintiff: _Zemira Sakanovic_

    Address: _107 Dickinson St._

    _Utica, NY 13501_

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: _Linda Mishalanie_

    Official Position: _Premium Audit Supervisor_

    Address: _Utica National_

    _180 Genesee St._

    _New Hartford, NY_

b.    Defendant:    *Linda Madore/Utica National*

Official Position:    *Human Resource Manager/Utica National*

Address:    *180 Genesee St*

*New Hartford, NY*

c) *Lindsay Mondial/Utica National 180 Genesee St. New Hartford NY*

4.    This action is brought pursuant to:

__X__ Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C.
§ 2000e *et seq.*, and the Civil Rights Act of 1991, for employment discrimination
based on race, color, religion, sex or national origin.

_____ Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as
amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for
employment discrimination based on pregnancy.

5.    Venue is invoked pursuant to 28 U.S.C. s 1391.

6.    Defendant's conduct is discriminatory with respect to the following (check all that apply):

(A)    __X__    My race or color.
(B)    __X__    My religion.
(C)    _____    My sex (or sexual harassment).
(D)    __X__    My national origin.
(E)    _____    My pregnancy.
(F)    __X__    Other: *Disability Discrimination and Denial of Reasonable Accommodation/FMLA (unpaid to protect my job)*

7.    The conduct complained of in this action involves:

(A)    _____    Failure to employ.
(B)    __X__    Termination of employment.
(C)    __X__    Failure to promote.
(D)    __X__    Unequal terms and conditions of employment. *of not paying me for additional*
(E)    __X__    Reduction in wages. – *Lower pay, or underpaying me for duties*
(F)    _____    Retaliation.    *not giving me reasonable increase in pay.*
(G)    __X__    Other acts as specified below:
*Denied me training, requests more from*

*me than other employees, gives me worse job duties*
*than other workers, makes requests to complete unpossible*

Additional Defendant

Utica National
180 Genesee St
New Hertford, NY 13413

8.                          **FACTS**

Set forth the facts of your case which substantiate your claims.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY
defendant in your complaint.  (You may use additional sheets as necessary).**

Please note, my case is way long to be able to fit on this page, and to make sence. Please note, I have written about 12 pages for you to review, to be able to understand it fully, and for me to explain it in 29 the any best possible way.

Thank you,

Lemira Salcascuic

9.                      **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

I filed a complaint with the New York State Division of Human rights in Sep. of 2021.
On 2/14/22- I receive determination that state NO PROBABLE cause,
On 3/9/22  I received determination and notice of rights by EEOC office
Please be advised, I'm not quite sure what I should place here, I thoug this is what you are asking, if not everything else I have included in my file, the letter to you, all documents I received or had on my head that supports my cert. Statements.
Thank you, Lemira

## SECOND CAUSE OF ACTION

*Please See my Jetter adressed to you.*

## THIRD CAUSE OF ACTION

10.    I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

September 13, 2021
(Provide Date)

11.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (**copy attached**) which was received by me on or about:

3/9/2022
(Provide Date)

12.    The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13.    The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14.    The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15. **PRAYER FOR RELIEF**

**WHEREFORE**, plaintiff(s) request(s) that this Court grant the following relief:

Compensation for damages

letter of apology

To put end of this type treatment towards

any other person, no one deserve this. To have HR act to concers or complaint.
to prevent from worse to happend.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 4/18/22

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St ,5th Floor
New York ,New York ,10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/09/2022

**To:** Zemira Sakanovic
107 Dickinson Street
Utica NY 13501

Charge No: 16G-2021-02765

EEOC Representative and email:　　　Holly Shabazz
S/L Program Manager
Holly.Shabazz@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 16G-2021-02765.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St ,5th Floor
New York ,New York ,10004
(929) 506-5270
Website: www.eeoc.gov

On Behalf of the Commission:

Digitally Signed By:Judy Keenan
03/09/2022

Judy Keenan
District Director

Cc:

Utica Mutual Insurance Company
Attn: Director of Human Resources
180 Genesee Street
New Hartford NY 13413

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (Release Date)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Enclosure with EEOC Notice of Closure and Rights (Release Date)

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 16G-2021-02765 to the District Director at Judy Keenan, 33 Whitehall St 5th Floor New York, NY 10004. You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.